In the Matter of the Application of GEORGE A. TURLEY for Admission to the Bar. (From the State of Tennessee.)— Application granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

LYMAN B. JORDAN, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Motions denied, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

SAMUEL KORNBLUM, Respondent, v. HARRY ALPERN and JOSEPH ALPERN. Appellants.— Motions denied, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

SARAH LEVY, as Administratrix, etc., of MORRIS F. LEVY, Deceased, Appellant, v. W. KINTZLING POST, Respondent.— Motion for reargument granted, and motion set down for Friday, March 11, 1921. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

JAMES J. O'BRIEN, Appellant, v. ACADEMY ASTORIA CORPORATION, INC., Respondent.— Motion for stay denied here for want of power, and case remitted to the Special Term for consideration, to be heard on March 14, 1921, at ten A. M. The present stay to continue until the determination of the Special Term. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY COMPANY, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. · Motion for leave to appeal to the Court of Appeals denied. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

HELEN S. ENGEL PRICE, Appellant, v. DAVID PRICE, Respondent.— Motion denied, without costs. Putnam, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, on Complaint of MARY MORRIS, v. JOHN F. MORRIS, Respondent — Motions denied, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. ·

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADELINE PALMER, Appellant, v. HARRY WOLKOFF, Respondent.— Motion granted in so far as to postpone the argument of the appeal until the first Monday of the April term, with leave to the respondent to apply to Mr. Justice Aspinall to resettle the order appealed from. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

ERNEST J. ROGERS, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Motions denied, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

EVELYN G. ROGERS, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Motions denied, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

JOHN F. SMITH, Appellant, v. MAY SMITH, Respondent.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.